IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 13 |
| ROBERT D. SMITH AND ) | Case No. 19-06481 |
| CORTNEY M. SMITH, ) | Judge: HUNT |
| ) | |
| Debtor(s). ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*

U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_m@lisle.com

*To the following persons or entities who have been served via U.S. Mail:*

See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at Joliet City Hall, 150 W. Jefferson St., 2nd Floor, Joliet, IL 60432, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan to Increase Plan Payment and to Defer Plan Payment Default**, at which time and place you may appear.

    JUDGE:    HUNT
    DATE:     March 27, 2020
    TIME:     10:15 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

| | |
|---|---|
| DATE OF SERVICE: <u>February 20, 2020</u> | /s/ Christine H. Clar<br>Christine H. Clar, A.R.D.C. #6202332<br>Attorney for the Debtor(s) |

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Robert and Cortney Smith
1453 Bluestem Lane
Minooka, IL 60447

Cavalry SPV
500 Summit Lake Drive, Ste. 400
Valhalla, NY 10595

Quicken Loans
635 Woodward Ave.
Detroit, MI 48226

Chase Bank
c/o Robertson, Anschutz & Schneid
6409 Congress Ave., Ste. 100
Boca Raton, FL 33487

American Express National Bank
c/o Becket & Lee
P.O. Box 3001
Malvern, PA 19355-0701

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | )    Chapter 13 |
| ROBERT D. SMITH AND | )    Case No. 19-06481 |
| CORTNEY M. SMITH, | ) |
| | )    Judge: HUNT |
| Debtor(s). | ) |

## DEBTORS' MOTION TO MODIFY
## CHAPTER 13 PLAN TO INCREASE PLAN PAYMENT
## AND TO DEFER PLAN PAYMENT DEFAULT

     NOW COMES, THE DEBTORS, ROBERT D. SMITH AND CORTNEY M. SMITH, by and through their attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

     1)     Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

     2)     On March 11, 2019, the Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on June 21, 2019. That Glenn Stearns was appointed Trustee in this case.

     3)     The Debtors' Chapter 13 plan provides for payments of $450.00 monthly for 3 months, than $625.00 monthly for 33 months for an initial plan term of 36 months, with payments to the General Unsecured Creditors of 10% of their allowed claims.

     4)     The Debtors have paid $4,125.00 into their Chapter 13 Plan.

     5)     The Debtors are behind in their plan payments due to the fact the Robert Smith had back surgery in November 2019. That he has been released by his doctor and can return to work on February 25, 2020. Debtors are prepared to make all current payments in mid-March once his first pay check is received.

     6)     The Debtors wish to increase the monthly plan payment by $50.00, to $675.00 so that the plan will remain feasible. They will adjust their budget as needed to make this increase, as the main purpose of this bankruptcy was to keep their home.

     7)     The Debtors propose to modify the plan pursuant to 11 U.S.C. §1329 to increase their plan payment so that Part 2.1 of the plan provides that Debtors will pay to the trustee $675.00 monthly pursuant to the provisions of the plan, starting immediately, and to defer the anticipated

                        Document      Page 4 of 4

plan payment default to the end of the plan. This proposal is made in good faith and without the intent to defraud creditors.

    8)    Deferring the plan payment default will not cause the confirmed Chapter 13 plan to run longer than 60 months.

    WHEREFORE, the Debtors, ROBERT D. SMITH AND CORNEY M. SMITH, pray that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

                        Respectfully Submitted,

                        /s/ Christine H. Clar
                        Christine H. Clar, A.R.D.C. #6202332
                        Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100