# Bill of Sale

## Crase Auto Connection, INC
25355 EAMES ST, CHANNAHON, IL 60410

Sale Date: 9/7/2021

| | Buyer | | Co-Buyer |
|---|---|---|---|
| Name: | SMITH ROBERT | Name: | SMITH CORTNEY |
| Address: | 1453 BLUESTEM LANE, MINOOKA, IL 60447 | Address: | 1453 BLUESTEM LANE, MINOOKA, IL 60447 |
| Phone: | H: (815) 954-2444 W: (815) 741-4455 | Phone: | H: (815) 585-6801 W: (815) 828-5804 |
| Email: | | | |
| Drl. #: | DoB: | Drl. #: | DoB: |

**Sold Vehicle:**

| Stock# | Year | Make | Model | Color | Mileage | VIN |
|---|---|---|---|---|---|---|
| 29274 | 2019 | Ford | Escape | White | 22532 ACTUAL | 1 |

**Trade-In Vehicle:**

| Stock# | Year | Make | Model | Color | Mileage | VIN |
|---|---|---|---|---|---|---|
| | 2006 | TOYOTA | CAMRY | | | |

| A.P.R. | Amount Financed | Finance Charge | Total of Payments |
|---|---|---|---|
| 14.490 % | $ 21,780.00 | $ 10,936.64 | $ 32,696.64 |

The balance to be paid in 71 Monthly payments of $454.12 and one final payment of $454.12
The first payment is due on 10/7/2021

Lien Holder:

- Trade Amount: $ 500.00
- Payoff Balance: $ 0.00
- MFR's Rebate: $ 0.00
- Total Deferred: $ 0.00
- Cash Down: $ 1,500.00
- Total Down: $ 2,000.00

**Itemization of Amount Financed**

- Cash Price: $21,800.00
- Doc Fee: $250.00
- County: 1
- Plate: $201.00
- State Tax: $1,509.00
- Total Down: $2,000.00
- Total Sale: $34,696.64

Purchaser(s) _____ Signature _____ Date _____

Purchaser(s) _____ Signature _____ Date _____

Seller: *Sarah Baker* cat  9/7/2021

EXHIBIT A