## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

**IN RE:**

Robert D. Smith
Cortney M. Smith

Debtors

Case No.: 19-06481
Chapter: 13
Hearing Date: 9/17/2021

Judge LaShaonda A Hunt

## **NOTICE OF MOTION**

TO: Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
Robert D. Smith, Cortney M. Smith, Debtors, 1453 Bluestem Lane, Minooka, IL 60447
Nicole Smith, Co-Debtor, 1453 Bluestem Lane, Minooka, IL 60447
David M Siegel, Attorney for Debtors, 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF
Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

PLEASE TAKE NOTICE that on 9/17/2021, at 10:15AM, I will appear electronically before the Honorable Judge LaShonda A. Hunt, or any judge sitting in that judge's place, and present the motion of Codilis & Associates, P.C. for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 165 5696 and the password is 7490911. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **PROOF OF SERVICE**

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on September 9, 2021 and as to the debtor and co-debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on September 9, 2021.

                                                                   /s/ Terri M. Long
                                                                  Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

NOTE: This law firm is a debt collector.

# **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on September 9, 2021 and as to the debtor and co-debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on September 9, 2021.

- Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
- Robert D. Smith, Cortney M. Smith, Debtors, 1453 Bluestem Lane, Minooka, IL 60447
- Nicole Smith, Co-Debtor, 1453 Bluestem Lane, Minooka, IL 60447
- David M Siegel, Attorney for Debtors, 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF
- Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

                                                                  /s/ Terri M. Long
                                                                    Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)**

| | |
|---|---|
| **IN RE:** | Case No.: 19-06481 |
| Robert D. Smith | Chapter: 13 |
| Cortney M. Smith | Hearing Date: 9/17/2021 |
| Debtors | Judge LaShonda A Hunt |

**MOTION TO AUTHORIZE AND/OR ALLOW A LOAN MODIFICATION AGREEMENT**

**NOW COMES** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an entry of an order authorizing and/or allowing the creditor and the debtor Robert Smith to enter into a loan modification agreement, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor Robert Smith is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 1453 Bluestem Ln, Minooka, IL 60447;

3. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtors filing of this petition on 3/11/2019;

4. Movant and Debtor Robert Smith have conducted negotiations to reach an agreement on a modification of the secured loan. The agreement to modify the loan is beneficial to both parties;

5.  The original terms of the Mortgage and Note provide for a fixed interest rate calculated at 4.875% on an original principal balance of $160,350.00 and the current payment amount is $1,436.37, with the last payment due on 11/01/2044;

6.  The new principal balance will be $169,725.22. The mortgage payment due on 04/01/2021 will be in the new amount totaling, $1,392.19, with interest calculated at 4.875 %, which is subject to change due to required escrow. The new maturity date of the Note is 03/01/2061;

7.  The Debtor Robert Smith and Movant have agreed to the loan modification as illustrated by the signed modification documents attached as an Exhibit;

**WHEREFORE,** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. prays this Court enter an Order authorizing and/or allowing the Creditor and Debtor Robert Smith to continue with the loan modification described herein, and for such other and further relief as this Court may deem just and proper.

Dated this September 9, 2021.

        Respectfully Submitted,
        Codilis & Associates, P.C.

        By: /s/ Terri M. Long

        Berton J. Maley ARDC#6209399
        Rachael A. Stokas ARDC#6276349
        Peter C. Bastianen ARDC#6244346
        Joel P. Fonferko ARDC#6276490
        Brenda Ann Likavec ARDC#6330036
        Terri M. Long ARDC#6196966
        **Codilis & Associates, P.C.**
        15W030 North Frontage Road, Suite 100
        Burr Ridge, IL 60527
        (630) 794-5300

NOTE: This law firm is a debt collector.