## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re:<br>ROBERT D. SMITH,<br>and,<br>CORTNEY M. SMITH, | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-06481<br><br>Chapter: 13<br>Honorable LaShonda Hunt<br><br>Joliet |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO INCUR DEBT AND SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The notice requirement of 14 days under Rule 4001 is shortened.

2) Debtors are granted leave to incur debt and finance the purchase of a 2019 Ford Escape, or similar vehicle, with monthly payments of $454.12 at an interest rate of 14.49% for 72 months.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  September 17, 2021

**Prepared by:**

Michael R. Colter, II ARDC # 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100