UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: Robert D. Smith and Cortney M. Smith

Debtor(s)

BK No.: 19-06481
Chapter: 13
Honorable LaShonda Hunt
Joliet

## ORDER DENYING AS UNNECESSARY
## MOTION TO AUTHORIZE LOAN MODIFICATION

This matter coming to be heard on the motion of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. for approval of a modification of an existing loan; after due notice having been given and the opportunity for a hearing thereon and the Court being fully advised of the matter herein,

IT IS HEREBY ORDERED THAT:

The motion is denied. There is no provision of the Bankruptcy Code that calls for the Court to approve a modification of an existing loan agreement. The parties are free to go forward with the transaction without Court approval.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 17, 2021